UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - -

ROBERT F. LANGLEY,                              STIPULATION
             Plaintiff,
                                                DISCONTINUING ACTION
          -vs-
                                                No. 06-CV-1019, TJM/DEP

DANNY R. PLANAVSKY, et al,
             Defendants.
- - - - - - - - - - - -

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as against the defendants not on the merits without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: December 19, 2006

X _____          X _____
LESLIE N. REIZES, ESQ.                RICHARD J. GRACE, ESQ.
Attorneys for Defendants              Attorney for Plaintiff
1177 George Bush Boulevard            134 Riverside Drive
Suite 308                             P. O. Box 2083
Delray Beach, Florida 34831           Binghamton, New York  13902
(561) 276-2600                        (507) 772-1111


DANNY R. PLANAVSKY                    ROBERT F. LANGLEY
Defendants                            Plaintiff
                                      48226 Canary Island
_____             Alexandria Bay, NY  13607
_____

SO ORDERED
_____
David E. Peebles
U.S. Magistrate Judge
Dated: 12/29/06
Syracuse, New York